UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-cr-100-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BOBBY WAYNE DEBNAM | |

On motion of the Defendant, Bobby Wayne Debnam, and for good cause shown, it is hereby

ORDERED that the Motion at Docket Entry 29 be sealed until further notice by this Court, except

that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and

the United States Probation Officer.

IT IS SO ORDERED.

This the 3 0 day of October , 2017.

TERRENCE W. BOYLE
United States District Judge