UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00100-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| BOBBY WAYNE DEBNAM | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the document filed at Docket Entry # 37 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

This __10__ day of January, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Court Judge